UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :      S2 18cr041-05(DLC)
UNITED STATES OF AMERICA,            :
                                     :            ORDER
          -v-                        :
                                     :
JASON CHRISTIAN,                     :
                                     :
                    Defendant.       :
                                     :
------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9|17|2020
```

DENISE COTE, District Judge:

     On September 17, 2020, the Court received a letter from

defendant requesting that the Court appoint counsel to assist

him in filing a motion for compassionate release pursuant to 18

U.S.C. § 3582(c)(1)(A).  Accordingly, it is hereby

     ORDERED that C.J.A. counsel David Wikstrom is appointed to

represent the defendant in the above captioned matter.


Dated:     New York, New York
           September 17, 2020


                              _____
                                      DENISE COTE
                              United States District Judge

Copy Mailed To:

Jason Christian

85873-054

FCI Beckley

Federal Correctional Institution

P.O. Box 350

Beaver, WV 25813