```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
 UNITED STATES OF AMERICA              :
                                       :
              -v-                      :        18cr41 (DLC)
                                       :
 JASON CHRISTIAN,                      :           ORDER
                                       :
                     Defendant.        :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

An Order of September 17 granted Jason Christian's request for counsel and appointed David Wikstrom to assist Christian in making his petition for compassionate release. In a letter of November 12, received and docketed on November 18, Christian reports that he had been unable to contact Mr. Wikstrom. Accordingly, it is hereby

ORDERED the Mr. Wikstrom shall contact Christian as soon as possible.

IT IS FURTHER ORDERED that the motion for reduction of sentence pursuant to § 3582 shall be filed by **December 18, 2020**. The Government shall file any response by **January 15, 2021**.

IT IS FURTHER ORDERED that the Clerk of Court is directed to mail Christian a copy of this Order and note service on the

docket.

Dated:    New York, New York
          November 19, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge