LAW OFFICES
# DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

January 28, 2021

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, N 10007

    Re: <u>United States v. Jason Christian</u>
      18 CR 41 (DLC)

Dear Judge Cote:

  By this letter motion I respectfully request an adjournment of 45 days for the completion of Mr. Christian's Compassionate Release motion, which is due today,

  Mr. Christian is incarcerated at FCI Beckley, which despite repeated effort has not yet supplied counsel with copies of Mr. Christian's medical and disciplinary records. These records are necessary for the completion of my submission.

  Assistant United States Attorney Christopher Clore consents to this application.

  Accordingly I respectfully request a 45-day extension of the due date for Mr. Christian's motion.

```
Granted.  The motion is due
March 5, 2021.  The
Government's response shall
be due March 19, 2021.
Dated: January 28, 2021.
```

Respectfully submitted,

*/s/ David Wikstrom*

David Wikstrom

_____
DENISE COTE
United States District Judge