```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA               :
                                       :
              -v-                      :        18cr41 (DLC)
                                       :
JASON CHRISTIAN,                       :        ORDER
                                       :
                        Defendant.     :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the defendant shall be presented and arraigned on the August 7 violation of supervised release petition on August 21, 2024 at 3:30 PM in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
           August 19, 2024

                                              _____
                                                  DENISE COTE
                                      United States District Judge