```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA               :
                                       :
            -v-                        :      18cr41-5(DLC)
                                       :
JASON CHRISTIAN,                       :         ORDER
                                       :
                        Defendant.     :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a bail hearing will be held in this matter on September 12, 2024 at 11:00 AM in Courtroom 18B, 500 Pearl Street. Any materials the parties wish the Court to consider in connection with this hearing shall be filed by September 11, 2024.

Dated:  New York, New York
        September 10, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　　　　　United States District Judge