UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :    S2 18cr41-5(DLC)
                                         :
            -v-                          :    ORDER
                                         :
JASON CHRISTIAN,                         :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

For the reasons set forth on the record at the September 12, 2024 bail hearing, it is hereby

ORDERED that the defendant Jason Christian's (U.S.M. #85873-054) motion for bail is granted and he is released on his own recognizance from the custody of the United States Marshal's Service, subject to Probation monitoring.

Dated:   New York, New York
         September 12, 2024

                                  _____
                                         DENISE COTE
                                  United States District Judge