UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------- X
                                       :
UNITED STATES OF AMERICA               :
                                       :
                    -v-                :          18 Cr. 41 (DLC)
                                       :
JASON CHRISTIAN,                       :              ORDER
                                       :
                    Defendant.         :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

       As stated on the record at the October 23 violation of

supervised release presentment, it is hereby

       ORDERED that the defendant's supervised release is modified

to include a location monitoring condition as follows:

       You must be monitored by Stand Alone Monitoring (SAM),
       which is a form of location monitoring, and must abide by
       all its technology requirements.  You must pay all or part
       of the costs of participation in the location monitoring
       program as directed by the court and the probation officer.
       The technology utilized will be at the discretion of the
       United States Probation Office.

Dated:    New York, New York
          October 24, 2025

                                   _____
                                           DENISE COTE
                                   United States District Judge