UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :
               -v-                    :            18 Cr. 41 (DLC)
                                      :
JASON CHRISTIAN,                      :                ORDER
                                      :
                      Defendant.      :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

     IT IS HEREBY ORDERED that a conference is scheduled in this

matter for December 17, 2025 at 2:30 PM in Courtroom 18B, 500

Pearl Street.

Dated:    New York, New York
          December 8, 2025


                                   _____
                                           DENISE COTE
                                   United States District Judge