UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JASON CHRISTIAN,<br><br>Defendant. | 18cr41 (DLC)<br><br>ORDER |

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the VOSR sentencing in this matter scheduled for September 18, 2026 is moved to 4:30 PM on the same date in Courtroom 18B, 500 Pearl Street.

Dated: New York, New York
August 31, 2026

DENISE COTE
United States District Judge